# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-0944
LT Case No. 2021-CF-18155

———————————————————

JAMIE TATE,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

———————————————————

On appeal from the Circuit Court for Brevard County.
Robert Segal, Judge.

Matthew Metz, Public Defender, and Zachary Wiseman,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kaylee D.
Tatman, Assistant Attorney General, Daytona Beach, for
Appellee.

April 9, 2024

PER CURIAM.

 AFFIRMED.

JAY, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____